No. 03–9709. BRAGGS *v.* PEREZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9727. WITCHER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–1050. GREEN LEAF NURSERY, INC., ET AL. *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–1108. DAKOTA RURAL ACTION ET AL. *v.* SOUTH DAKOTA FARM BUREAU, INC., ET AL.; and
No. 03–1111. NELSON, SECRETARY OF STATE OF SOUTH DAKOTA, ET AL. *v.* SOUTH DAKOTA FARM BUREAU, INC., ET AL. C. A. 8th Cir. Motion of National Farmers Union et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 03–1235. ARIZONA *v.* DAVIS. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–1252. DICK CORP. ET AL. *v.* MELLON BANK, N. A. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–1307. MITCHELL, WARDEN *v.* VAN LYNN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–9432. ROBINSON *v.* MONTANA. Sup. Ct. Mont. Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied.